Brewster H. Jamieson, ABA No. 8411122
Peter C. Partnow, ABA No. 7206029
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501
Telephone: 907-264-3325
 907-264-3317
 907-264-3303
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
 partnowp@lanepowell.com
 baylousm@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANTHONY L. BLANFORD and JOHN K. BELLVILLE,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. DUNLEAVY; in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>Defendants. | Case No. 3:19-cv-00036-JWS<br><br>**STIPULATION FOR WITHDRAWAL AND SUBSTITUTION OF <u>COUNSEL WITH CONSENT</u>** |

Defendants Michael J. Dunleavy, Tuckerman Babcock, and the State of Alaska, by and through counsel, pursuant to L.R. 11.1(c)(1) move this Court for an order allowing the withdrawal of Linda J. Johnson and John B. Thorsness of Clapp, Peterson, Tiemessen, Thorsness & Johnson, LLC and the substitution of Brewster H. Jamieson, Peter C. Partnow, and Michael B. Baylous of Lane Powell LLC, as counsel of record for Defendants.

Dated: July 31, 2019

LANE POWELL LLC
Attorneys for Defendants

By s/ Brewster H. Jamieson
   Brewster H. Jamieson, ABA No. 8411122
   Peter C. Partnow, ABA No. 7206029
   Michael B. Baylous, ABA No. 0905022

CLAPP, PETERSON, TIEMESSEN,
THORSNESS & JOHNSON, LLC
Attorneys for Defendants

Dated: July 31, 2019

By s/ Linda J. Johnson (w/consent)
   Linda J. Johnson, ABA No. 8911070
   John B. Thorsness, ABA No. 8211154

**CONSENT:**

MICHAEL J. DUNLEAVY

Dated: July 31, 2019

By _[signature]_
   Kevin G. Clarkson, ABA No. 8511149
   Attorney General

TUCKERMAN BABCOCK

Dated: July 31, 2019

By _[signature]_
   Kevin G. Clarkson, ABA No. 8511149
   Attorney General

STATE OF ALASKA

Dated: July 31, 2019

By _[signature]_
   Kevin G. Clarkson, ABA No. 8511149
   Attorney General

I certify that on 8/7, 2019, a copy of
the foregoing was served electronically on:

Stephen Koteff, skoteff@acluak.org
Joshua Decker, jdecker@acluak.org
Linda Johnson, usdc-anch-ntc@cplawak.com

s/ Brewster H. Jamieson

Stipulation for Withdrawal and Substitution of Counsel With Consent
*Anthony L. Blanford, et al. v. Michael J. Dunleavy, et al.* (Case No. 3:19-cv-00036-JWS)     Page 2 of 2

Case 3:19-cv-00036-JWS Document 33 Filed 08/07/19 Page 2 of 2