Brewster H. Jamieson, ABA No. 8411122
Peter C. Partnow, ABA No. 7206029
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501
Telephone: 907-264-3325
 907-264-3317
 907-264-3303
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
 partnowp@lanepowell.com
 baylousm@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANTHONY L. BLANFORD and JOHN K. BELLVILLE,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. DUNLEAVY; in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>Defendants. | Case No. 3:19-cv-00036-JWS<br><br>**JOINT MOTION TO VACATE PRETRIAL DEADLINES** |

In their July 9, 2020 Joint Motion for Extension of Pretrial Deadlines (Dkt. 40), the parties requested an additional two month to complete discovery. The parties explained that COVID-19 complications had delayed their discovery efforts. The parties anticipated written discovery and depositions would be completed by end of September. Unfortunately, those same COVID-19 complications and the press of other work require the parties to again ask the Court for additional time.

Discovery in this lawsuit and the companion litigation *Bakalar v. Dunleavy, Babcock, and the State of Alaska*, 3:19-cv-00025-JWS has been linked. Recently, Bakalar changed counsel, and she has sought to amend her complaint. Bakalar has also requested a new pretrial order.

Counsel for the parties in both cases intend to meet and confer next week to discuss any issues with written discovery and document production and to develop a more specific deposition schedule. The parties anticipate proposing new pretrial schedules by October 9

Thus, the parties respectfully request that the Court vacate the current pretrial deadlines, and order that the parties propose a new pretrial schedule by October 9.

DATED this 2nd day of October, 2020.

|  |  |
|---|---|
|  | ACLU OF ALASKA FOUNDATION<br>Attorneys for Plaintiff |
| Dated: October 2, 2020 | By  s/ Stephen Koteff (w/consent)<br>   Stephen Koteff, ABA No. 9407070<br>   Joshua A. Decker, ABA No. 1201001 |
|  | LANE POWELL LLC<br>Attorneys for Defendants |
| Dated: October 2, 2020 | By  s/ Michael B. Baylous<br>   Brewster H. Jamieson, ABA No. 8411122<br>   Peter C. Partnow, ABA No. 7206029<br>   Michael B. Baylous, ABA No. 0905022 |

I certify that on October 2, 2020, a copy of
the foregoing was served electronically on:

Stephen Koteff, skoteff@acluak.org
Joshua Decker, jdecker@acluak.org

s/ Michael Baylous

Joint Motion to Vacate Pretrial Deadlines
*Anthony L. Blanford, et al. v. Michael J. Dunleavy, et al.* (Case No. 3:19-cv-00036-JWS)          Page 2 of 2

Case 3:19-cv-00036-JWS   Document 44   Filed 10/02/20   Page 2 of 2