IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANTHONY L. BLANFORD and JOHN K. BELLVILLE,<br><br>                                  Plaintiffs,<br><br>v.<br><br>MICHAEL J. DUNLEAVY; in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>                                  Defendants. | Case No. 3:19-cv-00036-JWS<br><br>**ORDER GRANTING JOINT MOTION TO VACATE PRETRIAL DEADLINES** |

Upon consideration of the parties' Joint Motion to Vacate Pretrial Deadlines and being fully advised in the premises,

IT IS HEREBY ORDERED that the joint motion is GRANTED. The current pretrial deadlines shall be vacated. Parties shall submit proposed orders by October 9, 2020.

IT IS SO ORDERED this 5th day of October, 2020, at Anchorage, Alaska.

                                                                           */s/ John W. Sedwick*
                                                                              JOHN W. SEDWICK
                                                          Senior United States District Judge