Brewster H. Jamieson, ABA No. 8411122
Peter C. Partnow, ABA No. 7206029
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501
Telephone: 907-264-3325
 907-264-3317
 907-264-3303
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
 partnowp@lanepowell.com
 baylousm@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANTHONY L. BLANFORD and JOHN K. BELLVILLE,<br><br>  Plaintiffs,<br><br>v.<br><br>MICHAEL J. DUNLEAVY; in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>  Defendants. | Case No. 3:19-cv-00036-JWS<br><br>**PARTIES' PROPOSED SCHEDULE FOR REMAINING <u>PRETRIAL DEADLINES</u>** |

The Parties jointly request the Court set the remaining pretrial deadlines as follows:

   Date of Completion of Discovery – January 15, 2020

   Discovery Motion Deadline – January 15, 2020

   Dispositive Motion Deadline – February 12, 2021

   Motion in Limine Deadline – February 12, 2020

ACLU OF ALASKA FOUNDATION
Attorneys for Plaintiff

Dated: October 9, 2020

By  s/ Stephen Koteff (w/consent)
    Stephen Koteff, ABA No. 9407070
    Joshua A. Decker, ABA No. 1201001

LANE POWELL LLC
Attorneys for Defendants

Dated: October 9, 2020

By  s/ Michael B. Baylous
    Brewster H. Jamieson, ABA No. 8411122
    Peter C. Partnow, ABA No. 7206029
    Michael B. Baylous, ABA No. 0905022

I certify that on October 9, 2020, a copy of the foregoing was served electronically on:

Stephen Koteff, skoteff@acluak.org
Joshua Decker, jdecker@acluak.org

s/ Michael B. Baylous

026822.0005/8229965.1

Parties' Proposed Schedule for Remaining Pretrial Deadlines
*Anthony L. Blanford, et al. v. Michael J. Dunleavy, et al.* (Case No. 3:19-cv-00036-JWS)     Page 2 of 2

Case 3:19-cv-00036-JWS   Document 46   Filed 10/09/20   Page 2 of 2