Brewster H. Jamieson, ABA No. 8411122
Peter C. Partnow, ABA No. 7206029
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501
Telephone: 907-264-3325
 907-264-3317
 907-264-3303
Email: jamiesonb@lanepowell.com
 partnowp@lanepowell.com20
 baylousm@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANTHONY L. BLANFORD and JOHN K. BELLVILLE,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. DUNLEAVY; in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>Defendants. | Case No. 3:19-cv-00036-JWS<br><br>**PARTIES' CORRECTED PROPOSED SCHEDULE FOR REMAINING <u>PRETRIAL DEADLINES</u>** |

On October 9, 2020, the Parties submitted a Proposed Schedule for Remaining Pretrial Deadlines (Dkt. 46). That filing errantly included early 2020 dates that already passed. The Court instructed the Parties to refile their proposed schedule with corrected dates (Dkt. 47). The Parties jointly request the Court set the remaining pretrial deadlines as follows:

    Date of Completion of Discovery – January 15, 2021

    Discovery Motion Deadline – January 15, 2021

Dispositive Motion Deadline – February 12, 2021

Motion in Limine Deadline – February 12, 2021

|  |  |
|---|---|
|  | ACLU OF ALASKA FOUNDATION<br>Attorneys for Plaintiff |
| Dated: October 20, 2020 | By  s/ Stephen Koteff (w/consent)<br>    Stephen Koteff, ABA No. 9407070<br>    Joshua A. Decker, ABA No. 1201001 |
|  | LANE POWELL LLC<br>Attorneys for Defendants |
| Dated: October 20, 2020 | By  s/ Michael B. Baylous<br>    Brewster H. Jamieson, ABA No. 8411122<br>    Peter C. Partnow, ABA No. 7206029<br>    Michael B. Baylous, ABA No. 0905022 |

I certify that on October 20, 2020, a copy of the foregoing was served electronically on:

Stephen Koteff, skoteff@acluak.org
Joshua Decker, jdecker@acluak.org

s/ Michael B. Baylous

026822.0005/8229965.1

Parties' Corrected Proposed Schedule for Remaining Pretrial Deadlines
*Anthony L. Blanford, et al. v. Michael J. Dunleavy, et al.* (Case No. 3:19-cv-00036-JWS)            Page 2 of 2

Case 3:19-cv-00036-JWS   Document 48   Filed 10/20/20   Page 2 of 2