Brewster H. Jamieson, ABA No. 8411122
Peter C. Partnow, ABA No. 7206029
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501
Telephone: 907-264-3325
 907-264-3317
 907-264-3303
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
 partnowp@lanepowell.comorder
 baylousm@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANTHONY L. BLANFORD and JOHN K. BELLVILLE,<br><br>        Plaintiffs,<br><br>v.<br><br>MICHAEL J. DUNLEAVY; in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>        Defendants. | Case No. 3:19-cv-00036-JWS<br><br>[*proposed*]<br>**ORDER GRANTING PARTIES' CORRECTED PROPOSED SCHEDULE FOR REMAINING <u>PRETRIAL DEADLINES</u>** |

  Upon consideration of the Parties' Corrected Proposed Schedule for Remaining Pretrial Deadlines and being fully advised in the premises,

  IT IS HEREBY ORDERED that the corrected proposed schedule is GRANTED. The current pretrial deadlines shall be vacated. The remaining pretrial deadlines are as follows:

Date of Completion of Discovery – January 15, 2021

Discovery Motion Deadline – January 15, 2021

Dispositive Motion Deadline – February 12, 2021

Motion in Limine Deadline – February 12, 2021

ORDERED this _____ day of _____, 2020.

                                                                                                  _____
Honorable John W. Sedwick
United States District Judge

I certify that on October 20, 2020, a copy of
the foregoing was served electronically on:

Stephen Koteff, skoteff@acluak.org
Joshua Decker, jdecker@acluak.org

s/ Michael B. Baylous

Order Granting Parties' Corrected Proposed Schedule for Remaining Pretrial Deadlines
*Anthony L. Blanford, et al. v. Michael J. Dunleavy, et al.* (Case No. 3:19-cv-00036-JWS)    Page 2 of 2

Case 3:19-cv-00036-JWS   Document 48-1   Filed 10/20/20   Page 2 of 2