Brewster H. Jamieson, ABA No. 8411122
Peter C. Partnow, ABA No. 7206029
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501
Telephone: 907-264-3325
 907-264-3317
 907-264-3303
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
 partnowp@lanepowell.com
 baylousm@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANTHONY L. BLANFORD and JOHN K. BELLVILLE,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. DUNLEAVY; in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>Defendants. | Case No. 3:19-cv-00036-JWS<br><br>**JOINT MOTION TO EXTEND PRETRIAL DEADLINES** |

The parties request an extension of deadlines to correspond with pre-trial deadlines in the companion case *Bakalar v. Dunleavy, et al.,* Case No 3:19-cv-00025-JWS. COVID-related impacts on practices in general and the press of other work has continued to delay discovery in this matter. The parties have completed three depositions, and they expect to complete written discovery this month and to complete depositions in March. The parties believe that the below proposed schedule affords time

to complete such discovery in a safe and orderly manner and allows adequate time for dispositive motion drafting.

  Discovery Motion Deadline – April 2, 2021

  Dispositive Motion Deadline – April 2, 2021

  Date of Completion of Discovery – May 7, 2021

  Motion in Limine Deadline – May 7, 2021

ACLU OF ALASKA FOUNDATION
Attorneys for Plaintiff

Dated: February 17, 2021

By s/ Stephen Koteff (w/consent)
 Stephen Koteff, ABA No. 9407070
 Joshua A. Decker, ABA No. 1201001

LANE POWELL LLC
Attorneys for Defendants

Dated: February 17, 2021

By s/ Michael B. Baylous
 Brewster H. Jamieson, ABA No. 8411122
 Peter C. Partnow, ABA No. 7206029
 Michael B. Baylous, ABA No. 0905022

I certify that on February 17, 2021, a copy of the foregoing was served electronically on:

Stephen Koteff, skoteff@acluak.org
Joshua Decker, jdecker@acluak.org

s/ Michael Baylous

Joint Motion to Extend Pretrial Deadlines
*Blanford, et al. v. Dunleavy, et al.* (Case No. 3:19-cv-00036-JWS)     Page 2 of 2

Case 3:19-cv-00036-JWS   Document 50   Filed 02/17/21   Page 2 of 2