Brewster H. Jamieson, ABA No. 8411122
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501-5148
Telephone: 907.264.3325
 907.264.3303
Email: jamiesonb@lanepowell.com
 baylousm@lanepowell.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ANTHONY L. BLANFORD and JOHN K. BELLVILLE,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL J. DUNLEAVY; in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>    Defendants. | Case No. 3:19-cv-00036-JWS<br><br>**JOINT MOTION TO EXTEND PRETRIAL DEADLINES** |
|---|---|

The parties request an extension of the discovery motion and dispositive motion deadlines currently set for April 2, 2021. The parties each intend to file summary judgment motions on April 9, 2021, and thus request a seven-day extension of the dispositive motion deadline. The parties also request extension of the discovery motion deadline to the close of discovery, May 7, 2021.

Dated: April 2, 2021

ACLU OF ALASKA FOUNDATION
Attorneys for Plaintiff

By  s/ Stephen Koteff (w/consent)
    Stephen Koteff, ABA No. 9407070
    Joshua A. Decker, ABA No. 1201001

LANE POWELL LLC  
Attorneys for Defendants

Dated: April 2, 2021        By s/ Michael B. Baylous
                                                Brewster H. Jamieson, ABA No. 8411122  
                                                Michael B. Baylous, ABA No. 0905022

I certify that on April 2, 2021, a copy of the foregoing was served electronically on:

Stephen Koteff, skoteff@acluak.org  
Joshua Decker, jdecker@acluak.org

s/Michael B. Baylous

Joint Motion to Extend Pretrial Deadlines  
*Blanford, et al. v. Dunleavy, et al.* (Case No. 3:19-cv-00036-JWS)                    Page 2 of 2

Case 3:19-cv-00036-JWS   Document 52   Filed 04/02/21   Page 2 of 2