| | |
|---|---|
| **From:** | TEAM2018, gov (GOV sponsored) |
| **To:** | Blanford, Anthony L (HSS) |
| **CC:** | O'Brien, Shawnda S (HSS) |
| **Sent:** | 12/3/2018 9:47:39 AM |
| **Subject:** | Employment Notification |

Thank you for your service to the State of Alaska. You are hereby notified that your position has been terminated effective December 3, 2018 at noon. If you have any questions, please contact your administrative services director.

Tuckerman Babcock
Governor-Elect Dunleavy
Transition Chair

cc: Shawnda O'Brien, Administrative Services

Exhibit 22, Page 1 of 1
Plaintiffs' Motion for Sumary Judgment

Case 3:19-cv-00036-JWS   Document 54-22   Filed 04/09/21   Page 1 of 1