```
 1              UNITED STATES DISTRICT COURT
                    DISTRICT OF ALASKA
 2

 3    ANTHONY L. BLANFORD and
      JOHN K. BELLVILLE,
 4
             Plaintiffs,
 5
      MICHAEL J. DUNLEAVY, in his
 6    individual and official capacities;
      TUCKERMAN BABCOCK; and the
 7    STATE OF ALASKA,

 8           Defendants.
      _____/
 9    Case No. 3:19-cv-00036-JWS

10

11

12    _____

13        VIDEOCONFERENCE DEPOSITION OF ALBERT WALL
      _____
14

15

16                    Pages 1 - 54
                Tuesday, January 5, 2021
17                    11:00 a.m.

18
                Taken by Counsel for Plaintiffs
19                Via Remote Videoconference

20

21

22

23

24

25
```

**CERTIFIED TRANSCRIPT**

Exhibit 25, Page 1 of 10
Plaintiffs' Motion for Sumary Judgment

PACIFIC RIM REPORTING
907-272-4383

Case 3:19-cv-00036-JWS   Document 54-25   Filed 04/09/21   Page 1 of 10

```
 1                A-P-P-E-A-R-A-N-C-E-S

 2   For Plaintiffs:

 3       STEPHEN KOTEFF
         AADIKA SINGH
 4       ACLU OF ALASKA FOUNDATION
         1057 West Fireweed Lane, Suite 207
 5       Anchorage, Alaska 99503
         907/263-2007
 6       skoteff@acluak.org
         asingh@acluak.org
 7

 8   For Defendants:

 9       MICHAEL B. BAYLOUS
         LANE POWELL
10       1600 A Street, Suite 304
         Anchorage, Alaska 99501
11       907/277-9511
         baylousm@lanepowell.com
12

13   Court Reporter:

14       LESLIE J. KNISLEY
         PACIFIC RIM REPORTING
15       711 M Street, Suite 4
         Anchorage, Alaska  99501
16

17   Also Present:

18       JOHN K. BELLVILLE
         ANTHONY L. BLANFORD
19

20

21

22

23

24

25
```

```
 1                     I-N-D-E-X

 2   EXAMINATION BY                              PAGE

 3      Mr. Koteff                                  4

 4

 5                     EXHIBITS

 6   NUMBER           DESCRIPTION                 PAGE

 7   (No exhibits were marked.)

 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1      ANCHORAGE, ALASKA; TUESDAY, JANUARY 5, 2021
 2                    10:55 A.M.
 3                     -oOo-
 4                   ALBERT WALL,
 5    deponent herein, being duly sworn under oath,
 6      was examined and testified as follows:
 7                   EXAMINATION
 8  BY MR. KOTEFF:
 9      Q    Good morning, Mr. Wall.  How are you?
10      A    I'm doing well.
11      Q    What is your current title?
12      A    I'm currently the Deputy Commissioner of
13  Medicaid and Healthcare Policy for the State.
14      Q    When you say you're Deputy Commissioner,
15  that's within DHSS, then, correct?
16      A    Yes, sir.
17      Q    Okay.  Are there any other deputy
18  commissioners besides you?
19      A    There is one other deputy commissioner
20  position.  It's currently occupied by Clinton
21  Lasley.  And that is the Deputy Commissioner of
22  Family and Integrated Services.
23      Q    Have you been the deputy commissioner
24  since December 3rd, 2018?
25      A    I have.  I was in the former position,
```

```
 1   budget crisis than has been historically in the
 2   state.  It's the responsibility of the governor's
 3   office to put forward a budget.  I think, you know,
 4   there certainly was concern over that process that
 5   was around that, but I don't have any other
 6   opinions as to why.
 7        Q    Do you recall Mr. Babcock saying that if
 8   at-will employees wanted to work on the governor's
 9   agenda, that they should reapply for their jobs?
10        A    I do recall him saying that.  My
11   understanding of the process is that -- and as for
12   me, the process historically is not, like, a total
13   reapplication where you go on Workplace Alaska and
14   do that.  It's a letter of interest that's put
15   together.  I still have mine from when Governor
16   Walker came in.
17        Q    So at some point you became aware that
18   Dr. Bellville and Dr. Blanford had not been
19   retained.
20             At what point do you recall there being
21   any discussion about trying to get them back into
22   their jobs?
23        A    Almost immediately as the process came
24   out.  I mean, again, I'm talking about a span of
25   three or four days there between the 3rd and the
```

```
 1   4th, the 6th or 7th.  But, you know, there was a
 2   lot of different things moving at that time and a
 3   lot of crisis conversations, that being one of
 4   them, and very close to the top priority.  So we
 5   set up a time as quickly as we could to go over
 6   there and talk to them in person with the intent to
 7   ask them to continue to work there.
 8        Q    Was that your decision?
 9        A    I think it was a joint decision between
10   the Commissioner and I.  It's ultimately his
11   authority to do so.
12        Q    Well, how did the topic first come up
13   then?
14        A    You know, the interim director at API
15   called and said:  Hey, I've got no docs.  You know,
16   it came up very quickly in the process.  Yeah,
17   that's how it came up.  It was a big deal.
18        Q    So the interim director, that was
19   Mr. Mayes?
20        A    Yes.
21        Q    Did he call you, or did he call Mr. Crum,
22   or somebody else to say that he didn't have any
23   docs?
24        A    He called me.  He reported to me at that
25   time.
```

1    Q    Okay.  And walk us through that
2    conversation, then.  What did he say?
3    A    Well, basically he just called and said
4    that Dr. Blanford and Dr. Bellville are not
5    submitting a letter of interest to be retained with
6    the administration, and that puts us in a real
7    shortage of docs.  That was the conversation.
8    Q    Were you aware at that point they'd
9    already been fired?
10   A    Again, I don't see it as a firing, but if
11   the deadline had passed for the submission of their
12   resignation, then -- we'd have to look at the dates
13   on it.
14   Q    So after that conversation, what happened
15   next?
16   A    As I said, you know, I went next door to
17   the Commissioner and said:  Hey, we have an issue.
18   And I think if we go over there in person and talk
19   to Dr. Blanford and Bellville, there's a chance
20   that maybe we can ask them to change their mind and
21   get them back on board.  So we set up a time to go
22   talk with them and Mr. Mayes.
23   Q    What did you want them to change their
24   mind about?
25   A    Submitting a letter of interest to remain

```
 1   employed with the State in their positions.
 2       Q    Okay.  Do you know -- well, let me ask
 3   you:  I'm assuming that Commissioner Crum agreed
 4   with your suggested plan?
 5       A    Yes.
 6       Q    Do you know if he had to seek approval in
 7   order to meet with the doctors and do what you were
 8   suggesting?
 9       A    No.
10       Q    But he approved of what you said then,
11   correct?
12       A    We did go over and talk to the doctors,
13   yes.
14       Q    And who set the meeting up?  Do you
15   remember?
16       A    It was set up by the front-desk lady at
17   API -- the secretary for the CEO of API, but I
18   can't remember -- she's retired since then.
19       Q    Okay.  And the meeting was at API, right?
20       A    It was.
21       Q    Do you remember where in the building?
22       A    In the CEO's office.
23       Q    I'm sorry?
24       A    In the CEO's office.
25       Q    And who was there besides you and
```

```
 1   basically just asked what their concerns were.
 2   Told them that we definitely needed psychiatrists
 3   at the hospital, respected their work, and asked if
 4   they would consider, you know, staying with the new
 5   administration.  And then they just kind of went
 6   through their list of concerns and we talked back
 7   and forth.
 8       Q    Okay.  Did they say whether they were
 9   going to change their minds or not?
10       A    They did not.
11       Q    What specifically were they asked about
12   changing their minds?
13       A    I'm sorry, come again?
14       Q    Well, you said that the purpose of the
15   meeting was to see if they would change their
16   minds, and I asked you if they said they would and
17   you said they didn't.  So I'm just trying to get to
18   the --
19            What were they asked to do?
20       A    I specifically asked them if they would
21   consider staying with the new administration, just
22   submit a letter of interest to remain in their
23   positions.  And there was discussion back and
24   forth, but I don't recall them promising to do so
25   or saying they weren't going to.  They certainly
```

```
 1   had concerns and had an opportunity to voice the
 2   concerns.
 3       Q    What were the concerns they raised?
 4       A    My recollection of that is that, you
 5   know, their concerns were that as medical doctors
 6   they should be -- they serve whoever walks into the
 7   work regardless of political affiliation and did
 8   not see that as part of their -- as a professional
 9   need for what their work included.
10       Q    Anything else that they voiced as a
11   concern?
12       A    I don't really specifically recall
13   anything else.
14       Q    What did they say when you asked them to
15   reconsider and submit that letter of intent, as I
16   think you called it?
17       A    Would you mind if I go back to the
18   previous question?
19       Q    Sure.
20       A    You said:  Was there any other concern
21   that they had?  And I do recall there was another
22   concern.  At the time, and still, API was operating
23   under duress with the number of closed beds.  They,
24   as medical doctors, were concerned with
25   destabilizing the hospital further where they work.
```