# In the Matter Of:

## BLANFORD, ET AL. v DUNLEAVY, ET AL.

## ADAM CRUM

*January 05, 2021*

**PACIFIC RIM REPORTING**
STENOGRAPHIC COURT REPORTERS
711 M STREET, SUITE 4
ANCHORAGE, ALASKA 99501
907-272-4383
www.courtreportersalaska.com

```
 1                UNITED STATES DISTRICT COURT
                      DISTRICT OF ALASKA
 2

 3   ANTHONY L. BLANFORD and
     JOHN K. BELLVILLE,
 4
              Plaintiffs,
 5
     MICHAEL J. DUNLEAVY, in his
 6   individual and official capacities;
     TUCKERMAN BABCOCK; and the
 7   STATE OF ALASKA,

 8            Defendants.
     _____/
 9   Case No. 3:19-cv-00036-JWS

10

11

12   _____

13         VIDEOCONFERENCE DEPOSITION OF ADAM CRUM
     _____
14

15

16                       Pages 1 - 67
                   Tuesday, January 5, 2021
17                        9:00 a.m.

18
                 Taken by Counsel for Plaintiffs
19                Via Remote Videoconference

20

21

22

23

24

25
```

**CERTIFIED TRANSCRIPT**

**PACIFIC RIM REPORTING**
907-272-4383

Page 42
1  because you agree with his political philosophy?
2  A   I mean, you have to do with fit.  As
3  somebody who's managed a lot of employees and done
4  with a lot, you actually hire people that you
5  actually want to work with.  So that is a big part
6  of it.  You also look for talent and you look to
7  make sure that are individuals doing what you need.
8  Q   So you'd agree, then, that the governor
9  has the prerogative to hire people who he would
10 want to work with into roles such as yours,
11 commissioner roles, for example?
12 A   Yes.
13 Q   So that would be a reason to ask for a
14 resignation, correct?
15 A   Yes.
16 Q   Is that your understanding of why the
17 resignation requests went out to all of the other
18 at-will employees?
19 A   No.  My understanding is because it's a
20 normal transition between administrations.
21 Q   And you don't question why that occurred?
22 A   No, because it's a normal transition
23 between administrations.
24 Q   In all your political experience -- you
25 know, you've described yourself as a pretty

Page 43
1  intelligent person, you keep abreast of these kinds
2  of things, you don't have any opinion as to why
3  somebody would want to ask for the resignations of
4  all these at-will employees when the transition
5  occurs?
6  A   It's a normal transition of all
7  administrations.
8  Q   And I'm asking you why that would occur.
9  You're not going to answer that question, correct?
10 A   That is the answer as to why that is.
11 When I came into this job -- Centers for Medicaid
12 and Medicare Services has a lot of audits on the
13 board for Medicaid.  I don't come in and question
14 why audits are necessary and certain rules.  That
15 is the normal course of business.
16 Q   Do you know Drs. Blanford and Bellville?
17 A   Yes, I met them.
18 Q   When did you first meet Dr. Blanford?
19 A   I think I met the both of them together
20 one or two days after we first started.
21 Q   Did you know who Dr. Blanford was before
22 you met him?
23 A   I knew that they were two of the -- they
24 were the two psychiatrists who didn't want to
25 submit a resignation or whatever the thing was.

Page 44
1  Q   So you were aware that both doctors had
2  not submitted resignations, correct?
3  A   Yeah.
4  Q   When did you first become aware of that?
5  A   Via phone calls, like, the end of the day
6  on the first day because emails weren't actually
7  functioning yet and/or I was trying to learn the
8  State system.
9  Q   Is that, then, the first time you learned
10 of who Dr. Bellville or Dr. Blanford are?
11 A   Dr. Blanford, I had known his name
12 because he was -- I'm going to say it wrong --
13 either Chief of Psychiatry or Chief Medical Officer
14 of API.  So I'd read about his name in documents.
15 Q   Were you aware at the time you became the
16 Commissioner that Dr. Blanford had written an op-ed
17 about the request for resignations?
18 A   Yeah, I do remember that.
19 Q   Do you remember what he said in that
20 op-ed?
21 A   No.
22 Q   You remember reading it, though?
23 A   I think so now that you point that out.
24 Again, it's been two years.  I have 3500 employees
25 and a global pandemic going on.  Two employees who

Page 45
1  didn't want to work there, it's an out-of-sight,
2  out-of-mind situation.  So I apologize for not
3  remembering an article from two years ago.
4  Q   But you do recall it?  You do recall that
5  there was an article?
6  A   I do recall it now, that there was
7  something beforehand.
8  Q   So is it fair to say you might have known
9  who he was before you started the job?
10 A   Yeah.  I said I knew who he was before
11 the job because of his name as Chief Medical or
12 Chief Psychiatrist at API.
13 Q   Okay.  Right, I stand corrected.
14     What did you know -- other than
15 Dr. Blanford's role or his job title perhaps at
16 API, what did you know about API at the time you
17 took the job?
18 A   That API was going through some very,
19 very tough times, that they had rolled through
20 multiple CEOs in the prior year, that their census
21 count was at an all-time low.  Morale was bad.  We
22 had multiple letters of correction from CMS, the
23 Joint Commission.  There was a lot of issues going
24 on at API, and knew that was one of the topics that
25 came from the transition binder from the

PACIFIC RIM REPORTING
907-272-4383

Pages 42..45

Exhibit H
Page 3 of 5

Case 3:19-cv-00036-JWS   Document 56-8   Filed 04/09/21   Page 3 of 5

Page 46

1  Commissioner and Dr. Jay Butler, was, you know:
2  Here are some of the items you need to be aware of
3  at API. We've got some things that are on the
4  clock that we have to respond to CMS with.
5      Q    Is it fair to say that there were some
6  changes that needed to be made at API when you
7  began to learn about it?
8      A    Changes and/or support.
9      Q    And when you say "support", what do you
10 mean?
11     A    I mean that it needed some focused help.
12 I think the track record shows that over the first
13 year at API, my willingness to actually advocate
14 for and spend money with to get the tools and teams
15 in place necessary to actually prop up a critical
16 aspect of every health continuum.
17     Q    But at the time, when you were preparing
18 to take on this role prior to December 3rd and at
19 that time when you became Commissioner, I'm asking:
20 Was it apparent to you then that change was needed?
21     A    Was December 3rd the date? That was the
22 transition day?
23     Q    Yeah. I'll represent to you that that
24 was the inauguration day.
25     A    Thank you. I was not -- yeah.

Page 47

1           No, we knew that we needed to actually
2  give a lot of help to API.
3      Q    So when did you first learn that -- let
4  me ask instead: We know that Dr. Blanford was
5  fired on that day, December 3rd, correct?
6      A    Yeah, the day of the memo, yes.
7      Q    Again, December 3rd was the day of the
8  inauguration when Governor Dunleavy took office.
9      A    Okay.
10     Q    Did you know before Dr. Blanford was
11 fired that he was going to be fired?
12     A    No.
13     Q    When did you first learn that he had been
14 let go?
15     A    It was later that afternoon on the 3rd.
16     Q    Okay. And how did you find out?
17     A    I think I got a -- it was Deputy Chief of
18 Staff, one of them at the time, they were doing an
19 update on who had submitted the exempt -- the
20 at-will or exempt employees who had submitted
21 resignations.
22     Q    And what were you told about his firing?
23     A    That he had not submitted a resignation.
24     Q    And who told you that? You said the
25 Deputy?

Page 48

1      A    Yeah, one of the two deputy chiefs.
2      Q    Deputy Chief of what?
3      A    Staff.
4      Q    Had you talked to anybody in the
5  administration other than that deputy chief about
6  Dr. Blanford's termination before that?
7      A    No.
8      Q    Let me ask you a little bit about
9  Dr. Bellville.
10          When did you first meet Dr. Bellville?
11     A    If December 3rd was the day, I think it
12 was December 5th when I met Dr. Bellville and
13 Blanford in person at API with Deputy Commissioner
14 Wall.
15     Q    Before you met him, did you know who he
16 was?
17     A    No, other than you got his name on the --
18 December 3rd in the afternoon.
19     Q    So together with Dr. Blanford, you
20 learned that Dr. Bellville was fired?
21     A    Yeah.
22     Q    Is it fair to say that came to you at the
23 same time?
24     A    Yes.
25     Q    At that point did you know what

Page 49

1  Dr. Bellville's role or job was at API?
2      A    He was a psychiatrist at API.
3      Q    Before you learned that Dr. Bellville had
4  been fired, did you know he was going to be fired?
5      A    No.
6      Q    And that's the first -- just to be clear,
7  that's the first that you heard his name; is that
8  right?
9      A    I believe so.
10     Q    And so for both Dr. Bellville and
11 Dr. Blanford you learned the afternoon of
12 December 3rd that their employment had been
13 terminated because they hadn't resigned, correct?
14     A    Yes.
15     Q    Okay. Did you have an opinion about
16 whether Dr. Blanford should have been fired?
17     A    Well, yeah, because I believe on the 5th
18 when I went and met and sat down with them, I asked
19 them if they would stay and if they wanted to stay,
20 they just needed to tell me that they wanted to
21 apply and they could have their -- and they could
22 stay on.
23     Q    Okay. I want to get to that, and I asked
24 the question a little bit too broadly. So let me
25 narrow that a little.

PACIFIC RIM REPORTING
907-272-4383

Pages 46..49

Exhibit H
Page 4 of 5

Case 3:19-cv-00036-JWS   Document 56-8   Filed 04/09/21   Page 4 of 5

Page 54

1  Q   So after you talked to Mr. Babcock, do I
2  assume correctly that you had that meeting arranged
3  to talk with Drs. Bellville and Blanford?
4  A   Yes.
5  Q   Do you remember what time of day it was
6  when you met with them?
7  A   I do remember it was light, because that
8  was my first time in the CEO's office at API, and
9  it was actually brilliant sunshine coming through.
10 Being December, close to midday.
11 Q   Okay.  Sounds like a reasonable guess.
12 A   It was a beautiful building actually.
13 Q   And so you were in Mr. Mayes' office?
14 A   Yes.
15 Q   And tell us, then, about this
16 conversation.  How did it start?  What happened?
17     What did you say to Drs. Blanford and
18 Bellville?
19 A   I mean, I don't remember the entire
20 conversation.  I introduced myself, because I had
21 not met them, talked to them.  One of the things I
22 do remember, because it was striking, is
23 Dr. Bellville wore a very similar outfit at the
24 time, and it was striking because he looks like a
25 very cool psychiatrist aspect with his

Page 55

1  quarter-zips.  That's just been something I felt
2  onto.  It was, like, he looks like a psychiatrist
3  from a movie.  And I just remember that about Dr.
4  Bellville and Dr. Blanford.  Dr. Bellville was very
5  calm and cool, and Dr. Blanford was a little upset.
6  We talked and explained to them my commitment for
7  API moving forward and asked them if they would
8  stay.  And they just need to apply through me in
9  order to stay and we'd be glad to have them.
10 Q   And so I understand this correctly, you
11 wanted them to stay because you thought that you
12 needed them there?
13 A   Yes.
14 Q   And it's your understanding that their
15 terminations, their firings, had nothing to do with
16 their work product or the quality of their work or
17 anything that they did as psychiatrists at the
18 hospital, correct?
19 A   Correct.  It would be just part of the
20 normal course of business for the transition.
21 Q   What did they say in response to your
22 request or your offer?
23 A   That they appreciated it and they needed
24 time to consider it.
25 Q   Just so I'm clear, why was it okay for

Page 56

1  them to return if they had been fired?
2  A   You know, as far as I was concerned, they
3  got caught in the wash.  When you're dealing with
4  setting up -- it's a short time frame setting up an
5  administration of -- I don't even know -- 16,000
6  employees across the state, things like this can
7  occur.  And from my perspective, I looked at this
8  and said:  You know what, I need these two
9  psychiatrists here at API.
10 Q   I appreciate that.  So you asked them to
11 reapply for their jobs, correct?
12 A   Yes.
13 Q   Why would you not just offer them their
14 jobs back?  Why did they have to reapply?
15 A   Reapply means they just had to tell me
16 they wanted to take their job back.  Even at that
17 time I don't even believe -- I don't know if I had
18 a functioning phone or email to where I was
19 confident to use it.  So I wouldn't know the State
20 system on how one would reapply.  So if I said that
21 word "reapply" -- I believe I said:  Just let me
22 know and we'll call that your reapplication.
23 Because I think that met the intent of the initial
24 memo, so to speak, the thing that went out at noon
25 on the 3rd.  So that was why.

Page 57

1  Q   Did Mr. Babcock ask you to couch your
2  offer in those terms?
3  A   No.
4  Q   Did you think that you were offering them
5  their jobs back during that meeting?
6  A   Yes.
7  Q   Did they think that you were offering
8  them the jobs back?
9  A   I believe so, otherwise they would have
10 told me, in colorful words, no at that time instead
11 of considering it.
12 Q   So are you saying that in that meeting if
13 they said, yes, I'd like to come back, you would
14 have rehired them there on the spot?
15 A   Yes.
16 Q   And they did not say anything in response
17 to that, then.  Do I --
18 A   They said they're going to consider it
19 and they'll get back with me.
20 Q   Did they get back with you?
21 A   Yes.  Had a follow-up email from
22 Dr. Blanford on the 5th.  I must have been -- this
23 was the email I said that I was just making sure --
24 where he said:  Thank you for the meeting, really
25 appreciate it, and it seems doubtful we will

PACIFIC RIM REPORTING
907-272-4383

Pages 54..57

Exhibit H
Page 5 of 5

Case 3:19-cv-00036-JWS   Document 56-8   Filed 04/09/21   Page 5 of 5