Brewster H. Jamieson, ABA No. 8411122
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501-5148
Telephone: 907.264.3325
 907.264.3303
Email: jamiesonb@lanepowell.com
 baylousm@lanepowell.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ANTHONY L. BLANFORD and JOHN K. BELLVILLE,

Plaintiffs,

v.

MICHAEL J. DUNLEAVY; in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,

Defendants.

Case No. 3:19-cv-00036-JWS

**DECLARATION OF KATE SHEEHAN**

I, Kate Sheehan, declare as follows:

1. I am the Director of Personnel & Labor Relations, State of Alaska.

2. Dr. Anthony Blanford was employed as Director of Psychiatry for the Alaska Psychiatric Institute. In December 2018, when Dr. Blanford employment with the API ended, his annual base salary was $298,072.08. At that time, Dr. Blanford had the third highest salary of individuals employed in the State of Alaska executive branch.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED: April 9, 2021.

By _____*Kate Sheehan*_____ 04/09/2021
Kate Sheehan

I certify that on April 9, 2021, a copy of
the foregoing was served electronically on:

Stephen Koteff, skoteff@acluak.org
Joshua Decker, jdecker@acluak.org

s/Michael B. Baylous

Declaration of Kate Sheehan
*Blanford, et al. v. Dunleavy, et al.* (Case No. 3:19-cv-00036-JWS)  Page 2 of 2