DocuSign Envelope ID: 6982FDD3-0B42-43CF-A4BD-AF39E3F36C09

Brewster H. Jamieson, ABA No. 8411122
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501-5148
Telephone:   907.264.3325
             907.264.3303
Email:       jamiesonb@lanepowell.com
             baylousm@lanepowell.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| ANTHONY L. BLANFORD and JOHN K. BELLVILLE,<br><br>       Plaintiffs,<br><br>v.<br><br>MICHAEL J. DUNLEAVY; in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>       Defendants. | Case No. 3:19-cv-00036-JWS<br><br>**DECLARATION OF**<br>**TUCKERMAN BABCOCK** |
|---|---|

I, Tuckerman Babcock, declare as follows:

1. After the election of Michael Dunleavy as governor in November 2018, I served as chair of his transition team. After his inauguration on December 3, 2018, I served as the Governor's Chief of Staff.

2. One of the many tasks of the Governor between the election and the inauguration was to staff the executive branch departments. In this effort, on November 16, 2018, I sent a memorandum to the State's at-will employees. The memo instructed recipients to submit written resignations by November 30, 2018. Employees who wished to remain in their positions were to make their resignations effective "upon acceptance by the Dunleavy administration" and to state an interest in continuing state

employment. Accompanying the memorandum was a simple template for the resignation and statement of interest.

3.  Statewide, most employees submitted letters of resignation with statements of interest. These employee letters where not disseminated or made publicly available. Dr. Blanford and Dr. Bellville were two of the few employees who failed to respond to the administration's request. Because they failed to respond to the memorandum, Dr. Blanford and Dr. Bellville were notified of the termination of their at-will employment on December 3, 2018. Other employees who failed to respond to the resignation request were also terminated. Their failure to submit a resignation was the reason for their discharge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED: April 9, 2021.

By _____
Tuckerman Babcock

I certify that on April 9, 2021, a copy of
the foregoing was served electronically on:

Stephen Koteff, skoteff@acluak.org
Joshua Decker, jdecker@acluak.org

s/Michael B. Baylous