IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANTHONY L. BLANFORD and JOHN K. BELLVILLE,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL J. DUNLEAVY; in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>Defendants. | Case No. 3:19-cv-00036-JWS<br><br>**ORDER DENYING REQUEST FOR ORAL ARGUMENT** |

Upon due consideration of the Request for Oral Argument at docket 65, the motion is DENIED. The issues appear to be fully briefed. If, upon further examination of the briefing, the Court concludes oral argument would be helpful, argument will be scheduled.

IT IS SO ORDERED this 1st day of June, 2021, at Anchorage, Alaska.

                                                  */s/ John W. Sedwick*
                                                  JOHN W. SEDWICK
                                        Senior United States District Judge