Stephen Koteff, Alaska Bar No. 9407070
Joshua A. Decker, Alaska Bar No. 1201001
ACLU OF ALASKA FOUNDATION
1057 West Fireweed Lane, Suite 207
Anchorage, AK 99503
(907) 263-2007
*skoteff@acluak.org*

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| **Anthony L. Blanford** and **John K. Bellville**, <br><br> Plaintiffs, <br><br> v. <br><br> **Michael J. Dunleavy**, in his individual and official capacities, **Tuckerman Babcock**, and the **State of Alaska**, <br><br> Defendants. | Case No. 3:19-cv-00036-JWS <br><br><br> **Joshua A. Decker's Motion to Withdraw** |

Plaintiffs' attorney Joshua A. Decker, as allowed by Local Rule 11.1(c), moves to withdraw as counsel for Plaintiffs Anthony L. Blanford and John K. Bellville. Mr. Decker is leaving his employment at the American Civil Liberties Union of Alaska Foundation to pursue a Ph.D. in political science; his co-counsel, Stephen Koteff of the ACLU of

Alaska Foundation, will continue to represent the Plaintiffs in this matter.

Dated: July 13, 2021.

      */s/ Joshua A. Decker*
Stephen Koteff, Bar No. 9407070
Joshua A. Decker, Bar No. 1201001
ACLU OF ALASKA FOUNDATION
1057 West Fireweed Lane, Suite 207
Anchorage, AK 99503
(907) 263-2007 (telephone)
*jdecker@acluak.org*

*Counsel for Plaintiffs*
*Anthony L. Blanford and*
*John K. Bellville*

ACLU OF ALASKA FOUNDATION
1057 W. Fireweed Ln. Suite 207
Anchorage, Alaska 99503
TEL: 907.258.0044
FAX: 907.258.0288
EMAIL: *legal@acluak.org*