Brewster H. Jamieson, ABA No. 8411122
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501-5148
Telephone: 907.264.3325
 907.264.3303
Email: jamiesonb@lanepowell.com
 baylousm@lanepowell.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANTHONY L. BLANFORD and JOHN K. BELLVILLE,<br><br>       Plaintiffs,<br><br>v.<br><br>MICHAEL J. DUNLEAVY; in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>       Defendants. | Case No. 3:19-cv-00036-JWS<br><br>**JOINT MOTION RE PRETRIAL DEADLINES** |

   Plaintiffs and Defendants have filed motions for summary judgment, and briefing was completed on the motions on May 29, 2021. (Docket 63 and 64). The Court subsequently denied Plaintiffs' request for oral argument (Docket 66), and the motions are ripe for decision. The parties request that once the Court issues its ruling on the summary judgment motions, it allow approximately 60 days for the parties to complete discovery and file motions in limine. The Court's decision could be dispositive of some or all claims and would likely be informative of further discovery needs. Thus, this jointly requested extension would allow the Parties to avoid discovery that might become unnecessary and/or to complete discovery in a more efficient manner based on the Court's ruling.

The Parties respectfully request that the Court set new deadlines after the Parties jointly submit an updated proposed schedule within 10 days of the Court's final ruling on the summary judgment motions.

ACLU OF ALASKA FOUNDATION
Attorneys for Plaintiff

Dated: August 31, 2021

By  s/  Stephen Koteff
Stephen Koteff, ABA No. 9407070

LANE POWELL LLC
Attorneys for Defendants

Dated: August 31, 2021

By  s/  Michael B. Baylous
Brewster H. Jamieson, ABA No. 8411122
Michael B. Baylous, ABA No. 0905022

I certify that on August 31, 2021, a copy of the foregoing was served electronically on:

Stephen Koteff, skoteff@acluak.org

s/ Michael B. Baylous
Michael B. Baylous