Brewster H. Jamieson, ABA No. 8411122
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501-5148
Telephone: 907.264.3325
 907.264.3303
Email: jamiesonb@lanepowell.com
 baylousm@lanepowell.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANTHONY L. BLANFORD and JOHN K. BELLVILLE,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MICHAEL J. DUNLEAVY; in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:19-cv-00036-JWS<br><br>**<u>NOTICE OF APPEAL</u>** |

Defendants Michael J. Dunleavy and Tuckerman Babcock give notice that they hereby appeal to the U.S. Court of Appeals for the Ninth Circuit the Court's order at docket 71, which denies their claims to qualified immunity. That order is appealable as a "final decision" under 28 U.S.C. § 1291. *See Mitchell v. Forsyth*, 472 U.S. 511 (1985).

DATED: November 4, 2021

I certify that on November 4, 2021, a copy of the foregoing was served electronically on:

Stephen Koteff, skoteff@acluak.org

s/Michael B. Baylous

LANE POWELL LLC
Attorneys for Defendants

By  s/Michael B. Baylous
　　Brewster H. Jamieson, ABA No. 8411122
　　Michael B. Baylous, ABA No. 0905022