STEPHEN KOTEFF, NO. 9407070
ACLU OF ALASKA FOUNDATION
1057 W. FIREWEED LANE, STE. 207
ANCHORAGE, AK 99503
(907) 263-2007
*skoteff@acluak.org*

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| ANTHONY L. BLANFORD and JOHN K. BELLVILLE, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL J. DUNLEAVY, in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA, <br><br> Defendants. | Case No. 3:19-cv-00036-JWS |

## NOTICE REGARDING REMAINING ISSUES FOR LITIGATION

The parties have reached an agreement in principle to resolve the remaining issues for litigation by mutual consent, which will lead to a voluntary dismissal of this action and the appeal before the Ninth Circuit Court of Appeals docketed at No. 21-35926. The parties expect to file their respective requests for dismissal within the next thirty days.

*Blanford and Bellville v. Dunleavy, et al.*
NOTICE REGARDING REMAINING ISSUES FOR LITIGATION
Case No. 3:19-cv-00036-JWS                                                    Page 1 of 2

Case 3:19-cv-00036-JWS   Document 81   Filed 12/20/21   Page 1 of 2

<div style="margin-left:auto; width:60%;">
ACLU OF ALASKA FOUNDATION
Attorneys for Plaintiffs
</div>

Dated: December 20, 2021   By  s/ *Stephen Koteff* _____
                          Stephen Koteff, ABA No. 9407070


LANE POWELL LLC
Attorneys for Defendants

Dated: December 20, 2021   By  s/ *Michael Baylous*  (by consent)
                          Michael B. Baylous, ABA No. 0905022
                          Brewster H. Jamieson, ABA No. 8411122

**ACLU OF ALASKA FOUNDATION**
1057 W. Fireweed Ln. Suite 207
Anchorage, Alaska 99503
TEL: 907.258.0044
FAX: 907.258.0288
EMAIL: *legal@acluak.org*

*Blanford and Bellville v. Dunleavy, et al.*
NOTICE REGARDING REMAINING ISSUES FOR LITIGATION
Case No. 3:19-cv-00036-JWS                                        Page 2 of 2

Case 3:19-cv-00036-JWS   Document 81   Filed 12/20/21   Page 2 of 2