STEPHEN KOTEFF, NO. 9407070
ACLU OF ALASKA FOUNDATION
1057 W. FIREWEED LANE, STE. 207
ANCHORAGE, AK 99503
(907) 263-2007
*skoteff@acluak.org*

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| ANTHONY L. BLANFORD and JOHN K. BELLVILLE, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL J. DUNLEAVY, in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA, <br><br> Defendants. | Case No. 3:19-cv-00036-JWS |

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties, through their undersigned counsel, hereby stipulate to dismissal of all claims that were or could have been asserted by any party to this action in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice, and with each party to be responsible for its own costs and attorneys' fees.

///

///

*Blanford and Bellville v. Dunleavy, et al.*
STIPULATION FOR DISMISSAL
Case No. 3:19-cv-00036-JWS                                           Page 1 of 2

Case 3:19-cv-00036-JWS   Document 85   Filed 02/02/22   Page 1 of 2

ACLU OF ALASKA FOUNDATION
Attorneys for Plaintiffs

Dated: February 2, 2022	By  s/ *Stephen Koteff* _____
	Stephen Koteff, ABA No. 9407070


LANE POWELL LLC
Attorneys for Defendants

Dated: February 2, 2022	By  s/ *Brewster H. Jamieson*
	Brewster H. Jamieson, ABA No. 8411122
	Michael B. Baylous, ABA No. 0905022

**ACLU OF ALASKA FOUNDATION**
1057 W. Fireweed Ln. Suite 207
Anchorage, Alaska 99503
TEL: 907.258.0044
FAX: 907.258.0288
EMAIL: *legal@acluak.org*

*Blanford and Bellville v. Dunleavy, et al.*
STIPULATION FOR DISMISSAL
Case No. 3:19-cv-00036-JWS	Page 2 of 2

Case 3:19-cv-00036-JWS   Document 85   Filed 02/02/22   Page 2 of 2